**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:08-CV-439-DCK**

| | |
|---|---|
| **SUE E. WALDRON,** | |
| **Plaintiff,** | |
| **v.** | **ORDER** |
| **PHARR YARNS, LLC,** | |
| **Defendant.** | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c).

**IT IS, THEREFORE, ORDERED** that counsel for the parties shall appear before the undersigned for a Status Hearing, on **Tuesday, August 4, 2009**, prepared to discuss the status of this case. The Clerk will issue a separate Notice of Hearing confirming the date, time, and location of the hearing.

**IT IS SO ORDERED**.

Signed: July 15, 2009

David C. Keesler
United States Magistrate Judge