IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:08-CV-439-DCK

| | |
|---|---|
| SUE E. WALDRON,<br><br>　Plaintiff,<br><br>v.<br><br>PHARR YARNS, LLC,<br><br>　Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c). As mediation in this case is scheduled this week, and in order to conserve the parties' time and resources, the Court will postpone the status hearing until after the Court is advised of the results of the mediation. If this case is not resolved by mediation, the parties will receive a new notice with date and time for a rescheduled status hearing.

**IT IS, THEREFORE, ORDERED** that the Status Hearing set for **Tuesday, August 4, 2009**, is cancelled.

**IT IS SO ORDERED**.

　　　　　　　　　　　　　　　　Signed: August 3, 2009

　　　　　　　　　　　　　　　　David C. Keesler
　　　　　　　　　　　　　　　　United States Magistrate Judge