# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:08-CV-439-DCK

| | |
|---|---|
| SUE E. WALDRON,<br><br>    Plaintiff,<br><br>v.<br><br>PHARR YARNS, LLC,<br><br>    Defendant. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte*. On August 13, 2009, the mediator filed a report indicating that this case was settled. (Document No. 17). The undersigned therefore ordered the parties to file their stipulation of voluntary dismissal by October 31, 2009. Plaintiff filed a "Status Report" on October 30, 2009, indicating that the Bankruptcy Court approved the settlement on October 29, 2009 and that payment of settlement funds was pending. (Document No. 19). Plaintiff asks that the case not be dismissed until the agreed settlement is paid. The undersigned finds this request to be reasonable and will afford the parties an additional month to make payment arrangements and file their stipulation of voluntary dismissal.

**IT IS, THEREFORE, ORDERED** that on or before **November 30, 2009**, the parties shall file their Stipulation of Voluntary Dismissal.

Signed: November 2, 2009

David C. Keesler
United States Magistrate Judge